NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UUSI, LLC,**
*Appellant*

**v.**

**WEBASTO ROOF SYSTEMS, INC.,**
*Appellee*

---

2016-1517

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00650.

---

**JUDGMENT**

---

JOSEPH BARBER, Howard & Howard Attorneys, PLLC, Chicago, IL, argued for appellant. Also represented by DANIEL BLISS, GERALD E. MCGLYNN III, Royal Oak, MI.

CHARLES SANDERS, Latham & Watkins LLP, Boston, MA, argued for appellee. Also represented by GABRIEL BELL, GABRIELLE LAHATTE, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| December 9, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |